# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHRISTOPHER EVERETT**　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**#84273**

V.　　　　　　　　NO. 4:22-cv-00133-JM-ERE

**COURTNEY BRISTER and**
**ANTHONY CARTER**　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**　　**Procedure for Filing Objections**

This Recommendation for the dismissal of Mr. Everett's claims has been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Moody may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

**II.**　　**Discussion**

Plaintiff Christopher Everett, formerly an inmate at the White County Detention Center, filed this lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 2*.

On August 31, 2022, Defendants Courtney Brister and Anthony Carter

notified the Court that Mr. Everett's mail had been returned as undeliverable and moved to dismiss this case for lack of prosecution. *Doc. 26*.

On the same day, the Court ordered Mr. Everett to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Doc. 27*. To date, he has not responded to the Court's August 31 Order, and the time to do so has passed.

Mr. Everett has failed to inform the Court of his current address, as required by this Court's Initial Order (*Doc. 7*) and Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Everett regarding his lawsuit.

### III.   Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.   Defendants' motion to dismiss (*Doc. 26*) be GRANTED.

2.   Mr. Everett's claims be DISMISSED, without prejudice, based on his failure to: (1) comply with this Court's Initial Order and Local Rule 5.5(c)(2); (2) respond to the Court's August 31 Order; (3) update his address; and (4) prosecute this lawsuit.

3.   The Clerk be instructed to close this case.

Dated this 3rd day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE