IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER EVERETT**                                                    **PLAINTIFF**
**#84273**

V.                      NO. 4:22-cv-00133-JM

**COURTNEY BRISTER and**
**ANTHONY CARTER**                                            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 25th day of October, 2022.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE